IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10336
USDC No. 3:95-CV-114-T
_____

RICHARD C. HOWARD and ASSOCIATES, INC., et al.

Plaintiffs,

RICHARD C. HOWARD,

Plaintiff-Appellant,

versus

ANDREW STOVER, individually and in his
official capacity, et al.

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
_____
June 30, 1995

Before JONES, BARKSDALE and BENAVIDES, Circuit Judges.

BY THE COURT:

Because Richard C. Howard moved to substitute himself as plaintiff before a responsive pleading had been filed, no leave of court was required to file an amended complaint. Fed. R. Civ. P. 15(a); see Sherman v. Hallbauer, 455 F.2d 1236, 1242 (5th Cir. 1972) (opposition memoranda to summary-judgment motion raised a new issue and should have been construed as an amendment to the complaint). Therefore, the corporate entities which were originally identified as plaintiffs were no longer parties to the lawsuit, and the district court erred in dismissing the complaint

for failure to prosecute.  The district court's order is VACATED and the case REMANDED for further proceedings.

Howard's motion to stay state judgments and proceedings, petition for writ of habeas corpus ad testificandum, and  motion for change of venue of the district court are DENIED AS MOOT.